# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA KAY BUNYARD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:17-cv-01626-EPG<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF**<br><br>(ECF No. 12) |

Pursuant to the stipulation of the parties (ECF No. 12), and good cause appearing,

IT IS ORDERED that Defendant shall file her response to Plaintiff's opening brief by September 21, 2018. Plaintiff shall file her reply, if any, by October 16, 2018. The Court's Scheduling Order (ECF No. 3) is modified accordingly.

IT IS SO ORDERED.

　　Dated:　**August 24, 2018**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE